[No. 31859-1-III. Division Three. January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. OSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00254-3, Bruce A. Spanner, J., entered August 7, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 44646-4-II. Division Two. January 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDY LYNN FEHR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01066-5, Michael H. Evans, J., entered March 7, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 44816-5-II. Division Two. January 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON EVERETT GAMBILL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00171-8, James W. Lawler, J., entered April 23, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.

[No. 45076-3-II. Division Two. January 21, 2015.]

HAROLD RATH, *Appellant*, v. GRAYS HARBOR COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00607-2, Gary R. Tabor, J., entered June 7, 2013. *Dismissed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.